# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In Re: § §
Christy A. Galati § Case No. 15-13876
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 04/20/2015. The undersigned trustee was appointed on 04/20/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 37,000.00 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 18,264.08 |
| Bank service fees | | 430.36 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 18,305.56 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  11/24/2015  and the deadline for filing governmental claims was  11/24/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,450.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,450.00 , for a total compensation of $ 4,450.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/21/2018                  By:/s/Joji Takada, Chapter 7 Trustee
                                             Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 15-13876 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Christy A. Galati | | | | Date Filed (f) or Converted (c): | 04/20/2015 (f) |
| | | | | | 341(a) Meeting Date: | 05/14/2015 |
| For Period Ending: | 08/21/2018 | | | | Claims Bar Date: | 11/24/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account With First Midwest Bank | 5.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account With Tcf Bank | 5.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account With Private Bank | 5.00 | 0.00 | | 0.00 | FA |
| 5. Security Deposit For Residential Lease Agreement W/ Dylan Pu | 1,350.00 | 1,000.00 | | 0.00 | FA |
| 6. Miscellaneous | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous | 700.00 | 0.00 | | 0.00 | FA |
| 8. Bow And Arrow | 200.00 | 200.00 | | 0.00 | FA |
| 9. Walmart Asop | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. 2014 Tax Refund | 795.00 | 410.00 | | 0.00 | FA |
| 11. Right To Quadro In Divorce Case | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Dodge Grand Caravan | 2,500.00 | 100.00 | | 0.00 | FA |
| 13. Real Estate Lease Commission | 750.00 | 0.00 | | 0.00 | FA |
| 14. Real Estate (u) <br><br> Transfer of real estate to exhusband for over $45,000 | 0.00 | 45,000.00 | | 37,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $9,410.00     $46,710.00     $37,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Reopened case to pursue undisclosed asset; Hired bankruptcy counsel; 2004 exam taken; Reviewing additional document production. - Joji Takada 12/22/2015

Pursuing turnover of undiclosed asset and revocation of discharge. - Joji Takada 6/2/2016

Settlement re: turnover of undisclosed asset. - Joji Takada 11/23/2016

Awaiting turnover of funds. - Joji Takada 12/20/2016

Received turnover of funds.   - Joji Takada 3/16/2017

Consulting with accountant re: tax returns. - Joji Takada 7/1/2017

Tax returns in process. - Joji Takada 11/26/2017

Tax returns filed; Awaiting prompt determination. - Joji Takada 3/28/2018

Prepared TFR. - Joji Takada 6/8/2018

UST Form 101-7-TFR (5/1/2011) *(Page: 3)*

Initial Projected Date of Final Report (TFR): 04/20/2016    Current Projected Date of Final Report (TFR): 06/30/2018

Exhibit A

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: 15-13876 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Christy A. Galati | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0387 |
| | Checking |
| Taxpayer ID No: XX-XXX4343 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 08/21/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/17 | 14 | Christy Galati | Settlement payment Payment re undisclosed interest in former home | 1210-000 | $7,050.01 | | $7,050.01 |
| 02/03/17 | 14 | Christy Galati | Settlement payment Payment re undisclosed interest in former home | 1210-000 | $29,949.99 | | $37,000.00 |
| 02/27/17 | 1001 | Meltzer Purtill Stelle LLC Meltzer, Purtill & Stelle LLC 300 South Wacker Drive, Suite 2300 Chicago, IL 60606 Attn: David L. Kane | Payment to trustee professional Bankruptcy counsel fees and costs | | | $18,264.08 | $18,735.92 |
| | | Meltzer Purtill Stelle LLC | | ($17,592.20) | 3210-000 | | |
| | | Meltzer Purtill Stelle LLC | | ($671.88) | 3220-000 | | |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.12 | $18,689.80 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.92 | $18,655.88 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.84 | $18,629.04 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.69 | $18,601.35 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.76 | $18,574.59 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.62 | $18,546.97 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.57 | $18,519.40 |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.65 | $18,492.75 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.49 | $18,465.26 |
| | | | Page Subtotals: | | $37,000.00 | $18,534.74 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                         Exhibit B

| Case No: | 15-13876 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Christy A. Galati | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0387 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4343 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 08/21/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.57 | $18,438.69 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.41 | $18,411.28 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.37 | $18,383.91 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.69 | $18,359.22 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.29 | $18,331.93 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.37 | $18,305.56 |

|  |  |  |
| --- | ---: | ---: |
| COLUMN TOTALS | $37,000.00 | $18,694.44 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $37,000.00 | $18,694.44 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $37,000.00 | $18,694.44 |

Page Subtotals:   $0.00   $159.70

UST Form 101-7-TFR (5/1/2011)  *(Page: 6)*

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0387 - Checking | $37,000.00 | $18,694.44 | $18,305.56 |
|  | $37,000.00 | $18,694.44 | $18,305.56 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $37,000.00 |
| Total Gross Receipts: | $37,000.00 |

Page Subtotals:                $0.00         $0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-13876  
Debtor Name: Christy A. Galati  
Claims Bar Date: 11/24/2015  

Date: August 21, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Administrative | | $0.00 | $4,450.00 | $4,450.00 |
| 100 2700 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Administrative | | $0.00 | $260.00 | $260.00 |
| 100 2700 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Administrative | | $0.00 | $350.00 | $350.00 |
| 100 3210 | Meltzer Purtill Stelle LLC<br>Meltzer, Purtill & Stelle LLC<br>300 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Attn: David L. Kane | Administrative | | $0.00 | $17,592.20 | $17,592.20 |
| 100 3220 | Meltzer Purtill Stelle LLC<br>Meltzer, Purtill & Stelle LLC<br>300 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Attn: David L. Kane | Administrative | | $0.00 | $671.88 | $671.88 |
| 100 3410 | Alan Lasko and Associates PC<br>205 W. Randolph Street, Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $2,829.80 | $2,829.80 |
| 100 3420 | Alan Lasko and Associates PC<br>205 W. Randolph Street, Suite 1150<br>Chicago, Illinois 60606 | Administrative | | $0.00 | $49.39 | $49.39 |
| 2 300 7100 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Unsecured | | $0.00 | $5,936.15 | $5,936.15 |
| 4 300 7100 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Unsecured | | $0.00 | $6,261.06 | $6,261.06 |

Page 1     Printed: August 21, 2018

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 15-13876  
Debtor Name: Christy A. Galati  
Claims Bar Date: 11/24/2015  

Date: August 21, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---:|---:|---:|
| 5<br>350<br>7200 | Citibank, N.A.<br>C/O American Infosource Lp<br>Po Box 248840<br>Oklahoma City, Ok 73124-8840 | Unsecured | | $0.00 | $2,538.89 | $2,538.89 |
| 1<br>400<br>4110 | Grotta & Associates, P.C.<br>10775 W. 163Rd Place<br>Orland Park, Il 60467 | Secured | Withdrawn 11/2/16 | $0.00 | $54,627.55 | $0.00 |
| 3<br>400<br>4110 | Thomas E. Grotta<br>Grotta & Associates, P.C.<br>10775 W. 163Rd Place<br>Orland Park, Il 60467 | Secured | Withdrawn 11/2/16 | $0.00 | $54,627.55 | $54,627.55 |
| | Case Totals | | | $0.00 | $150,194.47 | $95,566.92 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 15-13876  
Case Name: Christy A. Galati  
Trustee Name: Joji Takada, Chapter 7 Trustee  

Balance on hand $ 18,305.56

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 4,450.00 | $ 0.00 | $ 4,450.00 |
| Attorney for Trustee Fees: Meltzer Purtill Stelle LLC | $ 17,592.20 | $ 17,592.20 | $ 0.00 |
| Attorney for Trustee Expenses: Meltzer Purtill Stelle LLC | $ 671.88 | $ 671.88 | $ 0.00 |
| Accountant for Trustee Fees: Alan Lasko and Associates PC | $ 2,829.80 | $ 0.00 | $ 2,829.80 |
| Accountant for Trustee Expenses: Alan Lasko and Associates PC | $ 49.39 | $ 0.00 | $ 49.39 |
| Charges: US Bankruptcy Court Clerk | $ 610.00 | $ 0.00 | $ 610.00 |

Total to be paid for chapter 7 administrative expenses  $ 7,939.19

Remaining Balance  $ 10,366.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 12,197.21 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 85.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 2 | Discover Bank | $ 5,936.15 | $ 0.00 | $ 5,045.12 |
| 4 | Cavalry Spv I, Llc | $ 6,261.06 | $ 0.00 | $ 5,321.25 |
| | Total to be paid to timely general unsecured creditors | | | $ 10,366.37 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 2,538.89 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 5 | Citibank, N.A. | $ 2,538.89 | $ 0.00 | $ 0.00 |

|   |   |
|---|---|
| Total to be paid to tardy general unsecured creditors | $ 0.00 |
| Remaining Balance | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE