# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Christy A. Galati | § | Case No. 15-13876 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 308.00                          Assets Exempt: 9,102.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  10,366.37      Claims Discharged
                                                  Without Payment:  149,316.03

Total Expenses of Administration:  26,633.63

---

3) Total gross receipts of $ 37,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 37,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 109,255.10 | $ 54,627.55 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 26,633.63 | 26,633.63 | 26,633.63 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 144,946.30 | 14,736.10 | 14,736.10 | 10,366.37 |
| **TOTAL DISBURSEMENTS** | $ 144,946.30 | $ 150,624.83 | $ 95,997.28 | $ 37,000.00 |

    4)  This case was originally filed under chapter 7 on 04/20/2015 . The case was pending for 46 months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  02/12/2019           By:/s/Joji Takada, Chapter 7 Trustee
                                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real Estate | 1210-000 | 37,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$37,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Grotta & Associates, P.C. | 4110-000 | NA | 54,627.55 | 0.00 | 0.00 |
| 3 | Thomas E. Grotta | 4110-000 | NA | 54,627.55 | 54,627.55 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 109,255.10** | **$ 54,627.55** | **$ 0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 4,450.00 | 4,450.00 | 4,450.00 |
| Associated Bank | 2600-000 | NA | 430.36 | 430.36 | 430.36 |
| US Bankruptcy Court Clerk | 2700-000 | NA | 610.00 | 610.00 | 610.00 |
| Meltzer Purtill Stelle LLC | 3210-000 | NA | 17,592.20 | 17,592.20 | 17,592.20 |
| Meltzer Purtill Stelle LLC | 3220-000 | NA | 671.88 | 671.88 | 671.88 |
| Alan Lasko and Associates PC | 3410-000 | NA | 2,829.80 | 2,829.80 | 2,829.80 |
| Alan Lasko and Associates PC | 3420-000 | NA | 49.39 | 49.39 | 49.39 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ NA | $ 26,633.63 | $ 26,633.63 | $ 26,633.63 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O Box 982235 El Paso, TX 79998 | | 50,634.00 | NA | NA | 0.00 |
| | Calvary Portfolio Services Attention: Bankruptcy Department 500 Summit Lake Dr. Suite 400 Valhalla, NY 10595 | | 6,261.00 | NA | NA | 0.00 |
| | Capital One/Best Buy 50 Northwest Point Rd. Elk Grove Village, IL 60007 | | 2,538.00 | NA | NA | 0.00 |
| | Chase Card PO Box 15298 Wilmington, DE 19850 | | 6,931.00 | NA | NA | 0.00 |
| | Discover Bank c/o Weltman, Weinberg & Reis Co. 180 N. LaSalle St., Ste. 2400 Chicago, IL 60601 | | 6,451.16 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Discover Fin Svcs Llc Po Box 15316 Wilmington, DE 19850 | | 5,936.00 | NA | NA | 0.00 |
| | Grotta & Assoc., P.C. c/o Kenneth J. Donkel 7220 W. 194th St., #105 Tinley Park, IL 60487 | | 57,257.88 | NA | NA | 0.00 |
| | Old Navy Visa Freedman Anselmo Lindgerg, LLC 1771 W. Diehl Rd., Ste. 150 | | 6,261.06 | NA | NA | 0.00 |
| | Public Storage 15359 S. Harlem Ave. Orland Park, IL 60462-4331 | | 187.20 | NA | NA | 0.00 |
| | TD Bank USA, NA c/o Meyer & Njus, P.A. 29 S. LaSalle St., Ste. 635 Chicago, IL 60603 | | 2,489.00 | NA | NA | 0.00 |
| 4 | Cavalry Spv I, Llc | 7100-000 | NA | 6,261.06 | 6,261.06 | 5,321.25 |
| 2 | Discover Bank | 7100-000 | NA | 5,936.15 | 5,936.15 | 5,045.12 |
| 5 | Citibank, N.A. | 7200-000 | NA | 2,538.89 | 2,538.89 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 144,946.30 | $ 14,736.10 | $ 14,736.10 | $ 10,366.37 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-13876 BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|
| Case Name: | Christy A. Galati | | | Date Filed (f) or Converted (c): | 04/20/2015 (f) |
| | | | | 341(a) Meeting Date: | 05/14/2015 |
| For Period Ending: | 02/12/2019 | | | Claims Bar Date: | 11/24/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account With First Midwest Bank | 5.00 | 0.00 | | 0.00 | FA |
| 3. Checking Account With Tcf Bank | 5.00 | 0.00 | | 0.00 | FA |
| 4. Savings Account With Private Bank | 5.00 | 0.00 | | 0.00 | FA |
| 5. Security Deposit For Residential Lease Agreement W/ Dylan Pu | 1,350.00 | 1,000.00 | | 0.00 | FA |
| 6. Miscellaneous | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaneous | 700.00 | 0.00 | | 0.00 | FA |
| 8. Bow And Arrow | 200.00 | 200.00 | | 0.00 | FA |
| 9. Walmart Asop | 2,000.00 | 0.00 | | 0.00 | FA |
| 10. 2014 Tax Refund | 795.00 | 410.00 | | 0.00 | FA |
| 11. Right To Quadro In Divorce Case | 0.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Dodge Grand Caravan | 2,500.00 | 100.00 | | 0.00 | FA |
| 13. Real Estate Lease Commission | 750.00 | 0.00 | | 0.00 | FA |
| 14. Real Estate (u) Transfer of real estate to exhusband for over $45,000 | 0.00 | 45,000.00 | | 37,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $9,410.00     $46,710.00     $37,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Reopened case to pursue undisclosed asset; Hired bankruptcy counsel; 2004 exam taken; Reviewing additional document production. - Joji Takada 12/22/2015

Pursuing turnover of undiclosed asset and revocation of discharge. - Joji Takada 6/2/2016

Settlement re: turnover of undisclosed asset. - Joji Takada 11/23/2016

Awaiting turnover of funds. - Joji Takada 12/20/2016

Received turnover of funds.   - Joji Takada 3/16/2017

Consulting with accountant re: tax returns. - Joji Takada 7/1/2017

Tax returns in process. - Joji Takada 11/26/2017

Tax returns filed; Awaiting prompt determination. - Joji Takada 3/28/2018

Prepared TFR. - Joji Takada 6/8/2018

TFR filed. - Joji Takada 10/16/2018

Prepard TDR. - Joji Takada 12/26/2018


Initial Projected Date of Final Report (TFR): 04/20/2016         Current Projected Date of Final Report (TFR): 06/30/2018

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 15-13876 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Christy A. Galati | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0387 |
| | Checking |
| Taxpayer ID No: XX-XXX4343 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/03/17 | 14 | Christy Galati | Settlement payment<br>Payment re undisclosed interest in former home | 1210-000 | $7,050.01 | | $7,050.01 |
| 02/03/17 | 14 | Christy Galati | Settlement payment<br>Payment re undisclosed interest in former home | 1210-000 | $29,949.99 | | $37,000.00 |
| 02/27/17 | 1001 | Meltzer Purtill Stelle LLC<br>Meltzer, Purtill & Stelle LLC<br>300 South Wacker Drive, Suite 2300<br>Chicago, IL 60606<br>Attn: David L. Kane | Payment to trustee professional<br><br>Bankruptcy counsel fees and costs | | | $18,264.08 | $18,735.92 |
| | | Meltzer Purtill Stelle LLC | ($17,592.20) | 3210-000 | | | |
| | | Meltzer Purtill Stelle LLC | ($671.88) | 3220-000 | | | |
| 03/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.12 | $18,689.80 |
| 04/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $33.92 | $18,655.88 |
| 05/05/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.84 | $18,629.04 |
| 06/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.69 | $18,601.35 |
| 07/10/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.76 | $18,574.59 |
| 08/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.62 | $18,546.97 |
| 09/08/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.57 | $18,519.40 |

Page Subtotals:  $37,000.00  $18,480.60

UST Form 101-7-TDR (10/1/2010) (Page: 9)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-13876 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Christy A. Galati | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0387 |
| | Checking |
| Taxpayer ID No: XX-XXX4343 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2019 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/06/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.65 | $18,492.75 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.49 | $18,465.26 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.57 | $18,438.69 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.41 | $18,411.28 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.37 | $18,383.91 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $24.69 | $18,359.22 |
| 04/06/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $27.29 | $18,331.93 |
| 05/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $26.37 | $18,305.56 |
| 10/10/18 | 1002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $4,450.00 | $13,855.56 |
| 10/10/18 | 1003 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Final distribution per court order. | 2700-000 | | $260.00 | $13,595.56 |
| 10/10/18 | 1004 | US Bankruptcy Court Clerk<br>219 South Dearborn<br>Chicago, Illinois 60604 | Final distribution per court order. | 2700-000 | | $350.00 | $13,245.56 |
| 10/10/18 | 1005 | Alan Lasko and Associates PC<br>205 W. Randolph Street, Suite 1150<br>Chicago, Illinois 60606 | Final distribution per court order. | 3410-000 | | $2,829.80 | $10,415.76 |
| | | | Page Subtotals: | | $0.00 | $8,103.64 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-13876 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Christy A. Galati | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX0387 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX4343 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/12/2019 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/10/18 | 1006 | Alan Lasko and Associates PC<br>205 W. Randolph Street, Suite 1150<br>Chicago, Illinois 60606 | Final distribution per court order. | 3420-000 | | $49.39 | $10,366.37 |
| 10/10/18 | 1007 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution per court order. | 7100-000 | | $5,045.12 | $5,321.25 |
| 10/10/18 | 1008 | Cavalry Spv I, Llc<br>500 Summit Lake Drive, Ste 400<br>Valhalla, Ny 10595 | Final distribution per court order. | 7100-000 | | $5,321.25 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $37,000.00 | $37,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $37,000.00 | $37,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $37,000.00 | $37,000.00 |

Page Subtotals: $0.00 $10,415.76

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0387 - Checking | $37,000.00 | $37,000.00 | $0.00 |
|  | $37,000.00 | $37,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $37,000.00 |
| Total Gross Receipts: | $37,000.00 |

Page Subtotals:     $0.00     $0.00